JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STACY NICOLE SHAIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. 5:24-cv-01906 PVC<br><br>JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

Having approved the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: January 30, 2025

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE