WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| STACY NICOLE SHAIN,<br><br>   Plaintiff,<br><br>  v.<br><br>LELAND DUDEK[1], Acting Commissioner of Social Security Administration,<br><br>   Defendant. | CASE NO.: **EDCV 24-01906 PVC**<br><br>ORDER AWARDING<br>EAJA FEES |

  Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

  **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND SIX HUNDRED SEVENTEEN DOLLARS and 07/cents ($4,617.07), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 3/25/25

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek is now the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1